IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-2831-AP

CATHERINE WEAVER,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

1.      APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Chris R. Noel | John F. Walsh |
| 3000 Pearl Street, #212 | United States Attorney |
| Boulder, Colorado 80301-2431 | |
| telephone: 303-449-6503 | Kevin T. Traskos |
| chrisildar@comcast.net | Civil Chief |
| | Assistant United States Attorney |
| | District of Colorado |
| | |
| | William G. Pharo |
| | Assistant United States Attorney |
| | District of Colorado |
| | |
| |   s/Alexess Rea |
| | Alexess Rea |
| | Special Assistant United States Attorney |
| | Assistant Regional Counsel |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, CO 80202 |
| | Telephone: (303) 844-7101 |
| | Alexess.Rea@ssa.gov |

2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

    The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.  DATES OF FILING OF RELEVANT PLEADINGS

    | | | |
    |---|---|---|
    | A. | Date Complaint was filed: | October 31, 2011 |
    | B. | Date Complaint was served on U.S. Attorney's Office: | November 1, 2011 |
    | C. | Date Answer and Administrative Record were filed: | December 29, 2011 |

4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

    Plaintiff states: the record cannot be vouched for until after Plaintiff's opening brief is finally drafted and filed.

    Defendant, to the best of his knowledge, states that the administrative record is complete and accurate.

5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

    Plaintiff will move to supplement and/or correct the record if it is defective, missing evidence, or does not contain evidence that was submitted administratively but may have inadvertently been left out of the record.

    Defendant does not intend to submit additional evidence.

6.  STATEMENT REGARDING WHETHER THIS CASES RAISES UNUSUAL CLAIMS OR DEFENSES

    The parties, to the best of their knowledge, do not believe the cases raises unusual claims or defenses.

7.  OTHER MATTERS

    The parties have no other matters to bring to the attention of the Court.

8.  BRIEFING SCHEDULE

    The parties respectfully request the following briefing schedule:

    | | | |
    |---|---|---|
    | A. | Plaintiff's opening brief due | February 29, 2012 |
    | B. | Defendant's response brief due | April 1, 2012 |
    | C. | Plaintiff's reply brief due | April 16, 2012 |

9. STATEMENTS REGARDING ORAL ARGUMENT

    A. Plaintiff does request oral argument if only to clarify the issues or at the behest of the court.
    B. Defendant does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PRROF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 13th day of January, 2012.

                                                        BY THE COURT:

                                                        *s/John L. Kane*
                                                        U.S. DISTRICT COURT JUDGE

APPROVED:

s/Chris R. Noel
Chris R. Noel
3000 Pearl Street, #212
Boulder, Colorado 80301-2431
tel:  303-449-6503
chrisildar@comcast.net

JOHN F. WALSH
United States Attorney

KEVIN T. TRASKOS
Civil Chief
Assistant United States Attorney
District of Colorado

WILLIAM G. PHARO
Assistant United States Attorney

   s/Alexess Rea
Alexess Rea
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone: (303) 844-7101
alexess.rea@ssa.gov