**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02831-PAB

CATHERINE WEAVER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.[1]

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 13] of Judge Philip A. Brimmer entered on March 29, 2013 it is

ORDERED that the decision of the Commissioner that plaintiff was not disabled is AFFIRMED. It is

FURTHER ORDERED that judgment is entered in favor of the defendant and against the plaintiff and the action is dismissed.

    Dated at Denver, Colorado this 29th day of March, 2013.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    s/Edward P. Butler
    Edward P. Butler, Deputy Clerk

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin, who as of Feb. 14, 2013 has been named as the Acting Commissioner, is automatically substituted for Michael J. Astrue as the defendant in this suit.